Corey E. Taylor (Bar No. 178501)
Law Office of Corey E. Taylor, APC
629 Camino de los Mares, Suite 305
San Clemente, CA 92673
Tel. (949) 429-3481
Fax. (949) 271-2704
E-Mail: corey@taylorlawoc.com

Attorney for Defendant Milan Tuscany, LLC,
a California limited liability company

**DENIED BY THE COURT**

by: *Gary Klausner*

Hon. R. Gary Klausner

Dated: October 30, 2020

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer, an individual, | Case No.: 2:20-cv-07605-RGK (ASx) |
|     Plaintiff, | **[Proposed] Order Granting Relief From Default And Extending Time To Respond** |
|     vs. | [19] |
| Milan Tuscany, LLC, a California limited liability company; and DOES 1–10, Inclusive, | Current response date:  October 5, 2020 New response date:  November 4, 2020 |
|     Defendants. | |

The Court, having considered the stipulation of the parties herein and good cause appearing therefore, hereby ORDERS as follows:

    1.    The Default of Defendant Milan Tuscany, LLC, a California limited liability company entered on October 16, 2020 is set aside.

    2.    Defendant Milan Tuscany, LLC, a California limited liability company shall have until November 4, 2020 to file a responsive pleading in this matter

**IT IS SO ORDERED.**

Date: October ___, 2020

DENIED BY THE COURT

Hon. R. Gary Klausner

LAW OFFICE OF COREY E. TAYLOR, APC
629 Camino de los Mares, Suite 305
San Clemente, CA 92673