1  Corey E. Taylor (Bar No. 178501)
   Law Office of Corey E. Taylor, APC
2  629 Camino de los Mares, Suite 305
   San Clemente, CA 92673
3  Tel. (949) 429-3481
   Fax. (949) 271-2704
4  E-Mail: corey@taylorlawoc.com

5  Attorney for Defendant Milan Tuscany, LLC,
   a California limited liability company
6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11 | Anthony Bouyer, an individual, | Case No.: 2:20-cv-07605-RGK (ASx) |
12 |    Plaintiff, | **[Proposed] Order Granting Relief From Default and Deeming Answer Filed** |
13 |    vs. | Before the Honorable R. Gary Klausner |
14 | Milan Tuscany, LLC, a California limited liability company; and DOES 1–10, Inclusive, | Hearing date: December 7, 2020<br>Hearing Time: 9:00 a.m.<br>Hearing Courtroom: 850date: November 4, 2020 |
15 | | |
16 |    Defendants. | |

17

18     The Court, having considered the notice of motion, motion, points and authorities,

19 and evidence submitted by Defendant Milan Tuscany, LLC, and good cause appearing

20 therefore, hereby ORDERS as follows:

21     1.    The Default of Defendant Milan Tuscany, LLC, a California limited liability

22           company entered on October 16, 2020 is set aside.

23     2.    The answer of Defendant Milan Tuscany, LLC, a California limited liability

24           company lodged concurrently with the motion shall be filed by the clerk this

25           day.

26 **IT IS SO ORDERED.**

27  Date: December __, 2020                                      _____

28                                                                Hon. R. Gary Klausner

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this proceeding.  My business address is: **629 Camino de los Mares, Suite 305, San Clemente, CA 92673**

A true and correct copy of the foregoing document entitled (*specify*): **[Proposed] Order Granting Relief From Default and Deeming Answer Filed** will be served in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 4, 2020, I checked the CM/ECF docket for this proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

PLAINTIFF (via counsel) – Anthony Bouyer – disabilityrights@manninglawoffice.com, pgrace@manninglawoffice.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*), I served the following persons and/or entities at the last known addresses in this proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LR, on November 4, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. R. Gary Klausner – Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850, 8th Floor via 12th Floor Mandatory Chambers Copy Box, 255 East Temple Street, Los Angeles, CA

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/04/2020 | Corey E. Taylor | /s/ Corey E. Taylor |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |