JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MILAN TUSCANY, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-07605-RGK-AS<br><br>**[~~PROPOSED~~] ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Milan Tuscany, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 25, 2021

*/s/ Gary Klausner*
UNITED STATES DISTRICT JUDGE